UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

CIVIL ACTION NO. 2005-88

BRIAN ACKERSON                                          PLAINTIFF
VS.

JUDGMENT

JO ANNE BARNHART
COMMISSIONER OF SOCIAL SECURITY                         DEFENDANT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, and the court being advised,

**IT IS ADJUDGED** that this action be, and it is, hereby **dismissed** and **stricken** from the docket of this court.

This ___18th___ day of November, 2005.

_____
WILLIAM O. BERTELSMAN, JUDGE